COLIN M. RUBICH
ZENO B. BAUCUS
TIMOTHY TATARKA
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-mail: colin.rubich@usdoj.gov
      zeno.baucus@usdoj.gov
      timothy.tatarka@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
DEC 15 2022
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CURTIS FLOYD, Defendant. | CR 22-142-BLG-DLC<br><br>INFORMATION<br><br>CONSPIRACY TO SUBMIT FALSE STATEMENTS IN MINE RECORDS<br>Title 18 U.S.C. § 371<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That in or about 2018, near Roundup and within Musselshell County, in the State and District of Montana, and elsewhere, the defendant, CURTIS FLOYD, knowingly and willfully conspired with others, known and unknown to the United

1

States, to submit a false statement and representation in a record required to be maintained pursuant to the Mine Safety and Health Act (MSHA, 30 U.S.C. §801 et. seq.), in violation of 30 U.S.C. § 820(f), all in violation of 18 U.S.C. §371.

## OVERT ACTS

During the entirety of the charged period, the defendant, CURTIS FLOYD, was the Safety Manager at Signal Peak Energy (SPE), a coal mine near Roundup, Montana.

In 2018, John Doe 1, an employee under Floyd's area of responsibility, was injured at the mine while in the course of his duties when his fingers were injured while loading mining materials. This injury eventually required partial amputation. While being transported to the hospital, John Doe 1 was contacted by Vice President of Underground Operations by telephone. FLOYD was present and witnessed the conversation. The Vice President of Underground Operations instructed John Doe 1 to claim that the injury was not related to his employment at SPE. John Doe 1 eventually agreed and falsely told the treating physicians the injury was unrelated to his employment. Though FLOYD was aware of this plan, he did not stop it, despite his duty to do so, and agreed to allow John Doe 1 to falsely claim the injury was not work related. Later, FLOYD failed to complete a U.S. Department of Labor Mine Safety and Health Administration Mine Accident, Injury and Illness Report (7000-1) and omitted John Doe 1 as an "MSHA reportable

injury or illness" on the U.S. Department of Labor Mine Safety and Health Administration Mine Accident, Quarterly Mine Employment and Coal Production Report (7000-2).

Dated this 15th day of December, 2022.

                              JESSE A. LASLOVICH
                              United States Attorney

                              COLIN M. RUBICH
                              Assistant U.S. Attorney

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3