IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–142–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CURTIS FLOYD, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on January 5, 2023.  (Doc. 14.)  Neither party objected and therefore they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Curtis Floyd's guilty plea after Floyd appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure and entered a guilty plea to one count of conspiracy

to submit false statements in mine records, in violation of 18 U.S.C. § 371 (Count I), as set forth in the Information. Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 14) is ADOPTED in full.

IT IS FURTHER ORDERED that Floyd's motion to change plea (Doc. 4) is GRANTED and Floyd is adjudged guilty as charged in Count I of the Information.

DATED this 20th day of January, 2023.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court