IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS FLOYD,<br><br>Defendant. | CR 22–142–BLG–DLC<br><br>ORDER |

Before the Court is Defendant Curtis Floyd's Unopposed Motion for Early Termination from Probation. (Doc. 30.) Mr. Floyd was adjudged guilty of Conspiracy to Submit False Statements in Mine Records, in violation of 18 U.S.C. § 371. (Doc. 26.) On May 23, 2023, Mr. Floyd was sentenced to a term of probation of two years, a mandatory assessment of $100 and a fine of $2,000. (Doc. 26 at 1, 5.) As of the date of this Order, Mr. Floyd has completed approximately one year and four months of probation; Mr. Floyd now seeks early termination of the remainder of his term. (Doc. 31.) The Government and Mr. Floyd's United States Probation Officer, McKenna Arledge, do not object. (*Id.* at 3.)

Pursuant to 18 U.S.C. § 3565(c), the court may terminate probation and discharge the defendant after the expiration of one year of supervision and upon

satisfaction that such action is warranted by the actions of the defendant and in the interests of justice. To determine whether early termination is appropriate, the court must consider the factors set forth in 18 U.S.C. § 3553(a). These include, but are not limited to: (1) "the nature and circumstances of the offense and the history and characteristics of the defendant;" (2) "the need for the sentence imposed . . . to afford adequate deterrence to criminal conduct [and] to protect the public from further crimes of the defendant;" (3) the applicable sentencing guidelines; (4) "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;" and (5) "the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a).

The Court finds that consideration of the foregoing factors supports the early termination of Mr. Floyd's remaining term. Mr. Floyd has served one year and four months—approximately 67%—of his term of probation, has satisfied his Court-ordered monetary obligations, and, according to Mr. Floyd's Motion, has maintained compliance throughout the entirety of his probationary sentence. (*See* Docs. 29, 30 at 3.) Mr. Floyd has proven to be a rehabilitated member of society, and the Court wishes Mr. Floyd the best of luck.

Accordingly, IT IS ORDERED that the Motion (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that Mr. Floyd's remaining term of probation is TERMINATED as of the date of this Order.

The Clerk of Court is directed to notify the United States Probation Office of the making of this Order.

DATED this 21st day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court